IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRADLEY GLENN**                                                                                        **PLAINTIFF**

**v.**                                                           **CAUSE NO. 1:25-cv-00049-LG-RPM**

**STATE OF LOUISIANA, et al.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders.

**SO ORDERED AND ADJUDGED** this the 2nd day of February, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE